■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WATKINS, Appellant. [775 NYS2d 168]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (DiMango, J.), rendered June 6, 2001, convicting him of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments regarding alleged prosecutorial misconduct during summation are largely unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the comments alleged to be inflammatory or prejudicial were fair comment on the evidence (*see People v McHarris,* 297 AD2d 824, 825 [2002]), responsive to arguments and theories presented in the defense counsel's summation (*see People v Galloway,* 54 NY2d 396, 399 [1981]), or harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Crimmins,* 36 NY2d 230 [1975]). Ritter, J.P., Krausman, Luciano and Cozier, JJ., concur.